CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Harold Lacy<br>1221 East Whitmer Street<br>Decatur, Illinois 62521 | **CASE NUMBERS:** 93-30055-001<br>96-10026-001 |
| **SENTENCING JUDICIAL OFFICER:** | Michael M. Mihm<br>U.S. District Judge | |
| **ORIGINAL SENTENCE DATE:** | May 26, 1994 (Case No. 93-30055-001)<br>October 11, 1996 (Case No. 96-10026-001) | |
| **ORIGINAL OFFENSE:** | 93-30055-001: Conspiracy to Distribute Cocaine and Cocaine Base<br>96-10026-001: Providing or Possessing Contraband in Prison | |
| **ORIGINAL SENTENCE:** | **93-30055-001:** 262 months imprisonment, with 5 years supervised release. On October 21, 1998, sentence reduced to 180 months imprisonment. The Court ordered the following special conditions of supervised release: 1) Abstain from alcohol and participate in substance abuse treatment, counseling, and testing; 2) Participate in job training or employment counseling; 3) Do not own, purchase, or possess a firearm, ammunition, or other dangerous weapon; 4) Pay restitution of $1,340.00 to the U.S. Department of Justice Drug Enforcement Administration; and, 5) Provide to the U.S. Probation Office access to any requested financial information.<br>**96-10026-001:** 12 months imprisonment, to run consecutively to Case No. 93-30055-001 with 3 years supervised release to run concurrent with Case No. 93-30055-001. The Court ordered the same special conditions of supervised release as in Case No. 93-30055-001 and added the additional special condition: Notify the probation officer at least ten days prior to any change in residence. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION COMMENCED:** | December 20, 2004 | |
| **ASSISTANT U.S. ATTORNEY:** | David Risley (Case No. 93-30055-001)<br>Thomas A. Keith (Case No. 96-10026-001) | |
| **DEFENSE ATTORNEY:** | Brian T. Otwell (Case No. 93-30055-001) (appointed)<br>George F. Taseff (Case No. 96-10026-001) (appointed) | |

**PETITIONING THE COURT**

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER                    NATURE OF VIOLATION

1.                        **LAW VIOLATIONS: POSSESSION AND DISTRIBUTION OF HEROIN, COCAINE AND CANNABIS**

MANDATORY CONDITION: While on supervised release, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

On **June 14, 2005,** the offender possessed cocaine and heroin with intent to deliver them. The Decatur, Illinois, police secured a search warrant for a house located at 1221 East Whitmer Street, Decatur, Illinois. Rashan Browning verified to police that the offender resided at that address with her and her daughter, Rita Currie. Prior to a search team arriving at the address, pre-raid surveillance observed the offender and others leaving in a Buick Rendezvous. Once the search team arrived they executed the search warrant.

Other officers followed the Buick Rendezvous to 827 East Whitmer, Decatur, Illinois, which was the offender's last known address, and observed the offender exit the vehicle. While there, the offender got onto a bicycle and when other officers arrived, the offender fled and officers gave chase. During the chase, the offender threw the bicycle down and began running. The offender was subsequently arrested.

A drug detection dog detected illegal drugs under vegetation next to where the offender was arrested. The suspected illegal drugs were found in a number of small plastic bags. One of the bags contained 34 foil packets (approximately 1.7 grams) of suspected heroin; another bag contained 22 baggies of suspected crack cocaine (approximately 3 grams); another bag contained suspected crack cocaine (approximately .4 grams); and another bag contained suspected powder cocaine (approximately 7 grams). Subsequent to the arrest, the offender was transported to the Decatur, Illinois, Police Department where a search of the offender found $752 cash and a bag containing approximately .5 grams of suspected crack cocaine.

The search of the offender's residence, 1221 East Whitmer Street, resulted in officers locating other small amounts of cocaine and cannabis along with numerous foil scraps of the size consistent with heroin packaging.

The offender has been charged in Macon County, Illinois, Circuit Court, Case No. 05-CF-1021, with two counts of Possession of a Controlled Substance with the Intent to Deliver, and two counts of Possession of a Controlled Substance. Bond was set at $75,000, 10% rule to apply. On August 8, 2005, bond was reduced to $50,000, 10% rule to apply, and the offender posted bond and was released. The preliminary hearing is set for August 24, 2005.

2. **LAW VIOLATION: TRAFFIC VIOLATION**

   MANDATORY CONDITION: While on supervised release, the defendant shall not commit another federal, state, or local crime.

   On **June 1, 2005,** the offender operated a vehicle with no valid license or insurance. The offender was charged in Macon County, Illinois, Circuit Court, Case No. 05-TR-8484, with No Valid Drivers License and Case No. 05-TR-0805, with Operating an Uninsured Vehicle. On July 1, 2005, the offender pleaded guilty to the first ticket and was fined $75. The latter citation was dismissed.

3. **FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS**

   STANDARD CONDITION NO. 2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

   A. The offender failed to submit a Monthly Supervision Report for the month of March 2005.

   B. The offender failed to submit a Monthly Supervision Report for the month of April 2005.

   C. The offender failed to submit a Monthly Supervision Report for the month of May 2005.

   D. The offender failed to submit a Monthly Supervision Report for the month of June 2005.

4. **FAILURE TO REPORT CONTACTS WITH LAW ENFORCEMENT**

   STANDARD CONDITION NO. 11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

   A. On June 1, 2005, the offender was issued citations by the Decatur, Illinois, Police Department for No Valid Driver's License and Operating an Uninsured Vehicle. The offender failed to report this police contact to the U.S. Probation Office.

   B. On June 14, 2005, the offender was arrested by the Decatur, Illinois, Police Department for Distribution and Possession of Illegal Drugs. The offender failed to report this arrest to the U.S. Probation Office.

**U.S. Probation Officer Recommendation:**

- **[X]** The term of supervision should be
  - **[X]** revoked
  - [ ] extended for  years, for a total term of  years.

- [ ] The conditions of supervision should be modified as follows:

                I declare under penalty of perjury that the foregoing is true and correct.

                s/Paul D. Kotcher
                U.S. Probation Officer
                Date: August 25, 2005

PDK/pdk/abc

---

**THE COURT ORDERS:**

- [ ] No action
- **[X]** The issuance of a warrant
- [ ] The issuance of a summons
- [ ] Other:

                S/ Michael M. Mihm
                Michael M. Mihm
                U.S. District Judge

                Date: August 25, 2005