# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

FILED
SEP 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br> )<br>vs )<br> )<br> )<br>Harold Lacy )<br> )<br>Decatur, Illinois 62521 )<br>Defendant ) | **WARRANT FOR ARREST**<br><br>CASE NO. 93-30055-001<br>96-10026-001 |

RECEIVED 2006 AUG 30 P 4:57
US MARSHALS SERVICE
CENTRAL ILLINOIS

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Harold Lacy*, and bring him forthwith to the nearest magistrate judge to answer a petition charging him with Violation of Supervised Release in violation of Title 18, United States Code, Section(s) 3583(e)(3).


MICHAEL M. MIHM                           U.S. DISTRICT JUDGE
Name of Issuing Officer                   Title of Issuing Officer

s/ Michael M. Mihm                        August 26, 2005 at Peoria, Illinois
Signature of Issuing Officer              Date and Location

Bail fixed at $ **NO BOND** by U.S. DISTRICT JUDGE MICHAEL M. MIHM.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at  Decatur, IL

| Date Received 8-30-05 | Name of Arresting Officer  Bob Doty | Signature of Arresting Officer |
| Date of Arrest 8-26-05 | Title of Arresting Officer  USMS | |