AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
Harold Lacy

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 3: 93-CR-30055-001
USM Number: 09843-026

Robert Alvarado
Defendant's Attorney

FILED
JAN 1 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  MC, 11  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Distribution of Heroin, Cocaine and Cannabis | 6/14/2005 |
| 2 | Traffic Violation | 6/1/2005 |
| 4A | Failure to Report Contact with Law Enforcement | 6/1/2005 |
| 4B | Failure to Report Contact with Law Enforcement | 6/14/2005 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  2  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 336-_____

Defendant's Date of Birth: 1966

Defendant's Residence Address:

Last known address: 1221 E. Whitmer Street
Decatur, IL 62521

Defendant's Mailing Address:

In Custody: Knox County Jail
152 S. Kellogg Street
Galesburg, IL 61401

12/21/2005
Date of Imposition of Judgment

s/Michael M. Mihm
Signature of Judge

Michael M. Mihm       U.S. District Judge
Name of Judge          Title of Judge

1/17/06
Date

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 1A

DEFENDANT: Harold Lacy
CASE NUMBER: 3: 93-CR-30055-001

Judgment—Page 2 of 4

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Possession of a Controlled Substance-Crack Cocaine | 8/23/2005 |
| 6 | Failure to Report Contact with Law Enforcement | 8/23/2005 |

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  3  of  4

DEFENDANT: Harold Lacy
CASE NUMBER: 3: 93-CR-30055-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

60 months in Case No. 93-30055-001, and 24 months in Case No. 96-10026-001, to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

Court recommends defendant serve his sentence at FCI Greenville, IL or in a facility as close to his family in Springfield, IL, as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 6 — Schedule of Payments

Judgment — Page 4 of 4

DEFENDANT: Harold Lacy
CASE NUMBER: 3: 93-CR-30055-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☑ Lump sum payment of $ 1,045.00  due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below); or

B  ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F  ☑ Special instructions regarding the payment of criminal monetary penalties:

   The remaining balance of restitution previously imposed in this case, in the amount of 1,045.00 remains due immediately. Court recommends the offender participate in the Inmate Financial Responsibility Program. During incarceration, the offender shall make payments of either quarterly installments of a minimum of $25 if working non-Unicor or a minimum of 50 percent of monthly earnings if working in Unicor.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.